Doc. No. 238, 239, 240, 241, 242, 257

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| KOCH MATERIALS COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 01-2059(RBK) |
| SHORE SLURRY SEAL, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

This matter having come before the court upon the defendants' motions (1) to preclude and/or limit Koch Materials use of the opinions, reports, and testimony of Marc B. Sherman, (2) to preclude Koch Materials use of untimely expert opinions and untimely produced documents, (3) to exceed page limit, and (4) for Leave to File Excess Pages as to it's memorandum of law in opposition to Koch's motion to exclude the expert report and testimony of Brian Blonder, and upon the plaintiff's motions (1) to exclude the expert report and testimony of Brian Blonder, (2) for leave to exceed page limit; and the court having considered the submissions of the parties; and the court noting that the parties are currently engaged in settlement discussions that may resolve the above motions; and for good cause shown;

IT IS on this 4th day of October 2004 hereby

**ORDERED** that the pending motions (Doc. No. 238, 239, 240, 241, 242, 257) shall be **denied without prejudice**.

/s Joel B. Rosen
JOEL B. ROSEN
United States Magistrate Judge