Doc. No. 238, 239, 240, 241, 242, 264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| KOCH MATERIALS COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 01-2059(RBK) |
| SHORE SLURRY SEAL, INC., et al., | : | |
| Defendants. | : | |

### **O R D E R**

This matter having come before the court upon the parties' applications to renew certain motions; and the court having directed the parties to notify the court upon conclusion of mediation if they wished to renew certain motions denied without prejudice by this court's order dated October 4, 2004; and the parties having so notified the court by letter; and for good cause shown;

IT IS on this 15th day of November 2004 hereby

**ORDERED** that the following motions, Doc. No. 238, 239, 240, 241, 242, 264, shall be **renewed** and reopened.

/s Joel B. Rosen
JOEL B. ROSEN
United States Magistrate Judge