UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                          **DATE OF PROCEEDINGS:** 6/9/05

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                                 **DOCKET NO:** Civ. #01-2059

**TITLE OF CASE:**

KOCH MATERIALS COMPANY
       (vs)
SHORE SLURRY SEAL, INC., et al.

**APPEARANCES:**
Stephen B. Nolan, Esq. (STRADLEY, RONON, etc.) for pltf.
Jonathan P. Guy, Esq. (SWINDLER, BERLIN, LLP) for pltf.
Kathleen A. Orr, Esq. (SWINDLER, BERLIN, LLP) for pltf.
Neil C. Schur, Esq. (STEVENS & LEE, P.C.) for defts. Shore Slurry
 Seal, Inc. & Asphalt Paving Systems, Inc.
Carl W. Hittinger, Esq. (STEVENS & LEE, P.C.) for defts. Shore
 Slurry Seal, Inc. & Asphalt Paving Systems, Inc.
Suzanne M. McSorley, Esq. (STEVENS & LEE, P.C.) for defts. Shore
 Slurry Seal, Inc. & Asphalt Paving Systems, Inc.


**NATURE OF PROCEEDINGS:**

1. Hearing on emergency motion in limine for adverse inference resulting from Koch's failure to produce Bills of Lading.

2. Hearing on motion by Koch to bifurcate trial.

3. Hearing on motion by Shore Slurry Seal, Inc., Asphalt Paving Systems to bifurcate trial.

4. Hearing on motions in limine by Shore Slurry Seal, Inc., et al.

5. Hearing on motions in limine by Koch.

(over)

6. Hearing on Daubert motions.

**DISPOSITION:**

1. ORDERED motion DENIED.
2. ORDERED motion DENIED.
3. ORDERED motion DENIED.
4. ORDERED motions DENIED.
5. ORDERED motions GRANTED IN PART; DENIED IN PART.
6. ORDERED motions DENIED IN PART; RESERVED IN PART.

Order to be entered.

_____
Deputy Clerk

Time Commenced: 1:30 PM          Time Adjourned: 4:00 PM